FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                                  Case No.   3:08mj63/MD

CASIMIRO GUSTAVO ARAUJO

_____

## ORDER

Your document, **Motion to Continue (document 9)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service via email.

    Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

XXX   The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

    The document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

    Other:

DONE and ORDERED this 10th day of June, 2008.

                                                /s/ *Miles Davis*
                                                MILES DAVIS
                                                UNITED STATES MAGISTRATE JUDGE

*FLN (Rev. 4/2004) Deficiency Order* *Page 2 of 2*